ACCEPTED
04-14-00667-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/30/2015 3:17:43 PM
KEITH HOTTLE
CLERK

CAUSE NUMBER 04-14-667-CV

_____

RAMIRO AND EDNA RAMOS AND
FEDERICO SALAZAR, JR., APPELLANTS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
06/30/2015 3:17:43 PM
KEITH E. HOTTLE
Clerk

V.

THE UNKNOWN HEIRS OF
TOMASA GONZALEZ AND
NARCISO GONZALEZ, APPELLEES

_____

IN THE FOURTH COURT OF APPEALS
SAN ANTONIO TEXAS

_____

ON APPEAL FROM THE
381st JUDICIAL DISTRICT COURT
TRIAL CAUSE NO. DC-09-559
HON. J. MANUEL BANALES,
PRESIDING JUDGE

_____

THE APPELLEES' FIRST UNOPPOSED
MOTION FOR EXTENSION OF TIME
TO FILE THEIR BRIEF

_____

TO THE HONORABLE JUSTICES OF SAID COURT:

The Appellees motion this Court for an extension of time to file their Brief and,

in support hereof, show the following:

HPLAPTOPAMD\DOCUMENTS\RRAMOS\EXTENSION.mot **Page 1 of 4**

## I.  DEADLINE

The Appellees' Brief was due on or before 5:00 PM, 29 June.  As of the moment this Motion was filed, no submission date has been scheduled.

## II. LENGTH OF TIME SOUGHT FOR EXTENSION

The undersigned motions for an Order of this Court allowing for an extension of time to file the Appellees' Brief to on or before 5:00 PM, Friday, 3 July 2015.

## III. THE FACTS IN SUPPORT OF THIS MOTION

He was unable to timely-file the Appellees' Brief because he appreciated at about 3:00 PM on 29 June, as he was proof-reading his penultimate draft, that his laptop and/or USB drive had apparently become infected with some sort of a virus that either prevented him from accessing downloaded material in one or both, or prevented him from editing the same, thereby causing him to have to spend more needed and valuable time to quickly deliver them both for inspection and repairs, and then, on another laptop, basically have to start all over from memory and conduct a second review for cases, authorities, etc., he could recall having located.

## IV.   NUMBER OF EXTENSIONS.

This is the Appellees' first extension Motion.

## V. CONFERENCE WITH THE
## APPELLANTS' APPELLATE COUNSEL

Fortuitously, however, the undersigned had previously spoken to the Appellants' lead appellate counsel, Mr. Keith P. Miller, about the possibility of asking for a short extension of time (albeit for a different basis), and Mr. Miller graciously notified him that he would have no opposition to a short extension, were the same to be necessary.

Based on the foregoing facts, the undersigned motions this Court for an Order allowing for an extension of time to file the Appellees' Brief to on or before 5:00 PM, Friday, 3 July 2015.

Respectfully Submitted By:

_____ / JOHN A. OLSON/ _____

JOHN A. OLSON
Tex. Bar No. 15274750
20634 Creek River
San Antonio TX 78259-2084
210-307-0336      Office
210-858-6780      Fax
jaolson_ccda@yahoo.com

CERTIFICATE OF SERVICE

A copy of this FIRST UNOPPOSED MOTION, etc., was sent on 30 June 2015 to the Appellants' appellate counsel, Mr. Kenneth P. Miller and Ms. Megan C. Kucera, C/O Miller & Kucera, 10500 Heritage Blvd., Suite 107, San Antonio TX 78216 by email and first class mail.

___ /JOHN A. OLSON/ _____

JOHN A. OLSON
jaolson_ccda@yahoo.com